USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/13/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

LUPERIO NARANJO, SR.,

                Petitioner,

16 **CIVIL** 7386 (JSR)(SLC)
13 **CR** 351-1

-against-

**JUDGMENT**

UNITED STATES OF AMERICA,

                Respondent.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 13, 2020, the Report and Recommendation is adopted, and the petition is dismissed with prejudice. In addition, because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253. Moreover, the Court certifies that any appeal from the Order would not be taken in good faith, as petitioner's claim lacks any arguable basis in law or fact, and therefore permission to proceed in forma pauperis is also denied. See 28 U.S.C. § 1915(a) (3).

**Dated:** New York, New York
        January 13, 2020

                              **RUBY J. KRAJICK**

                              **Clerk of Court**

BY:    *K Mango*

                              **Deputy Clerk**